Entered: September 3rd, 2025
Signed: September 3rd, 2025

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:     Case No.: **25−16599 − MMH**     Chapter: **13**

**Dawn Marie Griffin**
Debtor

## ORDER VACATING ORDER OF DISMISSAL
## FOR FAILURE TO FILE DOCUMENTS

By Order of the Court dated August 25, 2025, the above−captioned case was dismissed for failure to file documents required for timely administration of the case. Debtor having satisfactorily explained the reason for such failure, and the Court finding that it would be in the best interest of the Debtor and parties in interest, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing the above−captioned case is hereby vacated, and the Clerk shall continue with the orderly administration of the case.

cc:   Debtor
      Attorney for Debtor − Robert Grossbart
      Case Trustee − Rebecca A. Herr
      All Creditors

**End of Order**

40x09 (rev. 05/10/1990) − ChristopherAdams